IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 3:14-7 |
| v. | ) |
| | ) JUDGE KIM R. GIBSON |
| MATTHEW A. HUTZELL, | ) |
| | ) |
| Defendant. | ) |

## TENTATIVE FINDINGS AND RULINGS

NOW, this 21st day of February, 2020, the United States Probation Office having conducted a presentence investigation and submitted a Presentence Investigation Report ("PSR") (ECF No. 183) and an addendum to the PSR (ECF No. 187), and the United States having filed its position papers with respect to sentencing factors (ECF No. 185) the Court now makes the following amended tentative findings and rulings:

1. On October 23, 2019, Defendant pleaded guilty to Counts One of the Indictment. (ECF No. 176.)

2. On December 23, 2019, the United States Probation Office filed a draft PSR. (ECF No. 182.)

3. On January 21, 2020, the United States Probation Office filed the final PSR. (ECF No. 183.)

4. On January 21, 2020 the United States Probation Office filed a Recommendation. (ECF No. 184.)

5. On January 24, 2020, the United States filed its position with respect to sentencing factors, stating that it adopted the PSR. (ECF No. 185.)

6. On January 28, 2020, the Defendant filed his position with respect to sentencing factors, stating that he has no objections to the PSR. (ECF No. 186.)

7. On February 7, 2020, the United States Probation Officer filed an addendum to the PSR stating that both parties had adopted the PSR. (ECF No. 187.)

8. On February 19, 2020, the Defendant filed a sentencing memorandum. (ECF No. 190.)

9. The Court tentatively adopts the PSR. Arguments as to departures and variances from the guidelines will be considered at the time of sentencing.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE